# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **VECTOR LICENSING LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **FS.COM, INC.,** <br><br> Defendant. | Civil Action No.: 1:22-cv-01156-GBW <br><br><br> **TRIAL BY JURY DEMANDED** |

## STIPULATION AND PROPOSED ORDER
## TO EXTEND TIME TO ANSWER THE COMPLAINT

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, Vector Licensing LLC, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the amended complaint in this action shall be extended thirty (30) days, up to and including November 28, 2022.

The requested extension will not prejudice any party.

Dated: October 21, 2022

| | |
|---|---|
| CHONG LAW FIRM P.A. | Respectfully submitted, <br><br> */s/ Darlene F. Ghavimi* <br> Darlene F. Ghavimi (DE Bar No. 5173) |
| */s/ Jimmy Chong* <br> Jimmy Chong (#4839) <br> 2961 Centerville Road, Suite 350 <br> Wilmington, DE 19808 <br> Telephone: (302) 999-9480 <br> Facsimile: (302) 800-1999 <br> Email: patent@chonglawfirm.com <br><br> ATTORNEY FOR PLAINTIFF | K&L GATES LLP <br> 600 N. King Street, Suite 901 <br> Wilmington, DE 19801 <br> (512) 482-6800 <br> darlene.ghavimi@klgates.com <br><br> OF COUNSEL: <br> George C. Summerfield (MI Bar No. P40644) <br> K&L GATES LLP <br> 70 W. Madison Street, Suite #3300 <br> Chicago, IL 60602 <br> (312) 807-4299 <br> george.summerfield@klgates.com <br> (312) 372-1121 <br><br> *Counsel for Defendant FS.com, Inc.* |

506154083.1

SO ORDERED this _____ day of October, 2022.

							_____
							UNITED STATES DISTRICT JUDGE

506154083.1